MAGGIE A. COLEMAN et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Coleman* v. *City of New York*, 70 App. Div. 218, affirmed.
(Argued January 7, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1902, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial.

*Louis O. Van Doren* for appellants.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant upon the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

CHARLES E. GRIFFITH, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Griffith* v. *City of New York*, 73 App. Div. 549, affirmed.
(Argued January 8, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for appellant.

*James Burke, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and VANN, JJ. Dissenting: CULLEN, J.